UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MONTIJO,<br><br>            Plaintiff,<br><br>    v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>            Defendant. | No.  1:22-cv-00084-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING CLERK OF COURT TO TRANSFER ACTION TO CENTRAL DISTRICT OF CALIFORNIA<br><br>(ECF. Nos. 13, 29) |

Currently before the Court is Defendant Amazon.com Services LLC's: (1) motion to dismiss, stay, or transfer action pursuant to the first-to-file doctrine; (2) motion to alternatively stay pursuant the Court's inherent power; and (3) motion to alternatively dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).  (ECF No. 13.)  The motions were referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 3, 2022, the assigned Magistrate Judge issued findings and recommendations recommending that Defendant Amazon.com Services LLC's motion to transfer, dismiss, or stay action be granted, and this action be transferred to the United States District Court for the Central District of California.  (ECF No. 29.)  The Magistrate Judge also recommended the alternative motions to dismiss be denied as moot.  (*Id.*)  The findings and recommendations contained notice that any objections were to be filed within fourteen (14) days of service.  (*Id.* at 21.)  No objections were filed and the deadline to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 3, 2022, (ECF No. 29), are ADOPTED in full;

2. Defendant Amazon.com Services LLC's motion to transfer, dismiss, or stay action, (ECF No. 13), is GRANTED;

3. This action shall be TRANSFERED to the United States District Court for the Central District of California, where an earlier-filed putative class action, *Porter v. Amazon.com Services LLC*, Case No. 2:20-cv-09496-JVSSHK, is pending against Defendant;

4. The Clerk of the Court is DIRECTED to transfer this action to the United States District Court for the Central District of California;

5. Defendant's alternative motion to stay this action pursuant to the Court's inherent powers is DENIED as moot; and

6. Defendant's alternative motion to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), is DENIED as moot.

IT IS SO ORDERED.

Dated:   December 15, 2022

UNITED STATES DISTRICT JUDGE